# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STARS AND STRIPES GYMNASTICS ACADEMY INC.,** | : | **CIVIL ACTION** |
| *Plaintiff,* | : | |
| v. | : | |
| **VARSITY BRANDS, LLC, et al.,** | : | |
| *Defendants*. | : | **NO. 20-3277** |

## O R D E R

**AND NOW,** this 12th day of August 2020, it having been reported by the parties that the above-captioned action is voluntarily dismissed and discontinued, without prejudice and without costs to any party, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby **ORDERED** that the above action is **DISMISSED** consistent with the Stipulation of Dismissal (ECF No. 6) and the Clerk of Court is hereby directed to **CLOSE** the above-captioned matter.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**